AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

LINWOOD EDWARD TRACY, JR.,

    Plaintiff,

V.

BRIAN E. SANDOVAL,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00238-PMP-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that because Defendant Judge Brian E. Sandoval enjoys immunity from suit for actions performed within his judicial capacity, and that Judge Sandoval acted within his jurisdiction, dismissal of Plaintiff Tracy's Complaint is warranted under Rule 12(b)(6), and Rule 8(a)(2) of the Federal Rules of Civil Procedure.

    **IT IS THEREFORE ORDERED** that the Amicus Motion to Dismiss Plaintiff's Complaint (#9) filed by the United States of America on behalf of Defendant Brian E. Sandoval is **GRANTED.**

    July 8, 2009                                                 **LANCE S. WILSON**
                                                                                 Clerk

                                                                      /s/ D. R. Morgan
                                                                            Deputy Clerk